1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

11
12
13
14
15
16
17

BRIAN HARVEY, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

ADVISORS MORTGAGE GROUP, LLC; and DOES 1 through 20, inclusive,

Defendants.

Case No.: 21-CV-1048 TWR (AGS)

**ORDER DENYING DEFENDANT'S *EX PARTE* MOTION FOR LEAVE TO FILE SUR-REPLY**

(ECF No. 12)

18
19
20
21
22
23
24
25
26
27
28

Presently before the Court is Defendant Advisors Mortgage Group, LLC's *Ex Parte* Motion For Leave to File a Sur-Reply in Opposition to Plaintiff's Motion to Remand Action to State Court ("*Ex Parte* Mot.," ECF No. 12). Neither the Federal Rules of Civil Procedure nor this District's Local Rules provide a right to file a sur-reply. Rather, "permitting the filing of a sur-reply is within the discretion of the district court." *Whitewater W. Indus., Ltd. v. Pac. Surf Designs, Inc.*, No. 317CV01118BENBLM, 2018 WL 3198800, at *1 (S.D. Cal. June 26, 2018). Sur-replies should be allowed "only where a valid reason for such additional briefing exists, such as where the movant raises new arguments in its reply brief." *Hill v. England*, No. CVF05869RECTAG, 2005 WL 3031136, at *1 (E.D. Cal. Nov. 8, 2005) (internal quotation marks omitted). "[A]n argument is not 'new' when it is made in response to an issue raised in an earlier

1

1
2
briefing." *Great Am. Ins. Co. v. Berl*, No. CV 17-03767 SJO, 2017 WL 8180627, at *1 (C.D. Cal. Oct. 23, 2017) (citing *Baloch v. Norton*, 517 F. Supp. 2d 345 (D.D.C. 2007)).

3
4
5
6
7
8
9
10
Here, the Court finds that a sur-reply is not warranted. Defendant does not argue that Plaintiff introduced any new arguments in his Reply. Instead, Defendant's proposed sur-reply serves only to call attention to a discrepancy in the Parties' calculation of the amount in controversy and to re-iterate the same arguments previously raised in Defendant's Opposition. (*See generally* ECF No. 12-2 (citing ECF No. 8 at 23).) Because Defendants' calculation of the attorneys' fees at issue is already before the Court, the proposed sur-reply is redundant. The Court therefore **DENIES** Defendants' *Ex Parte* Motion.

11
**IT IS SO ORDERED.**

12
13
14
15
Dated:  September 16, 2021

Honorable Todd W. Robinson
United States District Court